**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 96-cr-00445-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SABRINA SMITH,

        Defendant.

---

**ORDER QUASHING WARRANT**

---

       This matter comes to the attention of the Court upon report of the probation officer of this Court, that Defendant is hospitalized and in need of continued hospitalization and/or intensive outpatient medical care.  Based on this fact, it is

       ORDERED that the warrant heretofore issued on the 12th day of July, 2005, is hereby quashed and the supervised release violation hearing shall be reset to a future date.

       DATED at Denver, Colorado, this 15th day of June, 2006.

                                   BY THE COURT:

                                   <u>s/ Edward W. Nottingham</u>
                                   Edward W. Nottingham
                                   United States District Judge