IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00445-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SABRINA SMITH, a/k/a
SABRINA EDDINGS

        Defendant.

## ORDER DISMISSING PETITION ON SUPERVISED RELEASE

      This matter comes to the attention of the Court upon the report of the probation officer of this Court, and her recommendation that the supervised release petition filed on June 30, 2005, be dismissed and the defendant's term of supervised release be allowed to expire on September 23, 2006, as scheduled. It is therefore

      ORDERED that the supervised release petition filed on June 30, 2005, be dismissed and the violation hearing scheduled on September 15, 2006, be vacated, thereby allowing the defendant's term of supervised release to expire on September 23, 2006.

      DATED at Denver, Colorado, this __30__ day of __August__, 2006.

                              BY THE COURT:

                              _____
                              Edward W. Notthingham
                              United States District Judge